IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY
File No. 7:16-cv-5-D

| | |
|---|---|
| In the Matter of: | ) |
| | ) |
| The Skeets Winner Corporation | ) |
| ("Owner") M/V ROYAL WINNER | ) |
| PRINCESS II, Official No. 697080, | ) |
| Together with her Engines, Tackle | ) |
| and Apparel for Exoneration from | ) |
| Limitation of Liability. | ) |

## ENTRY OF DEFAULT AGAINST NON-APPEARING PARTIES

THIS CAUSE having come before the undersigned Clerk of Court on Plaintiffs' Motion

for Entry of Default, and having reviewed the record herein, the undersigned finds that:

1.      Plaintiffs filed on January 8, 2016, a Complaint for Exoneration from or Limitation

of Liability pursuant to 46 U.S.C.A. §§ 30501-30512, and Supplemental Rules for Certain

Admiralty and Maritime Claims, Rule F of the Federal Rules of Civil Procedure, for any loss,

injury, expense, damages, demands, or claims whatsoever in consequence of or arising out of or

connected with the Voyage resulting in the allision of the *M/V ROYAL WINNER PRINCESS II*

during the 9 p.m. excursion from Carolina Beach, North Carolina on July 10, 2015.

2.      Pursuant to Supplemental Rules for Certain Admiralty and Maritime Claims Rule

F of the Federal Rules of Civil Procedure, an Injunction and Notice of Claimants of Action Brought

for Exoneration from or Limitation of Liability were duly issued and entered by the Court on

January 28, 2016, ordering notice to all persons asserting claims with respect to which the

Complaint seeks limitation arising from the alleged injuries and/or damages to in connection with

the allision of the *M/V ROYAL WINNER PRINCESS II* resulting in injuries during the 9 p.m. excursion from Carolina Beach, North Carolina on July 10, 2015, citing that all persons having such claims must file them as provided in the Federal Rules of Civil Procedure, Supplemental Rule F(5), with the Clerk, United States District Court, Eastern District of North Carolina, Southern Division, and serve on or mail to Plaintiffs' attorney, copies thereon on or before **February 28, 2016** or be defaulted, and directing any claimant desiring to contest the right of Plaintiffs to exonerate from or the right of Plaintiffs to limitation of liability to file an answer to the Complaint, as required by the aforesaid Supplemental Rule F(5), and serve on or mail to Plaintiffs' attorney a copy thereof, unless claimant's claim has included an answer; and further ordering that public notice be given by publication thereof in *Wilmington Star News*, Wilmington, North Carolina, as provided by Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and that Plaintiffs shall also mail, not later than one day after the second publication, a copy of said public notice to every person, firm, or corporation known to have made any claim against the *M/V ROYAL WINNER PRINCESS II,* Official No. 697080, and/or Plaintiffs arising out of said accident; and

The Notice to Claimants of Action Brought for Exoneration from or Limitation of Liability was duly given and published in *Wilmington Star News* once a week for the four (4) weeks ending **February 28, 2016**, as required by the Court, and a copy of the Notice to Claimants of Complaint for Exoneration from or Limitation of Liability was mailed to every person known to have made any claim against the vessel or the Plaintiffs arising out of the voyage at issue in this matter.

2

Plaintiffs state that the deadline for receipt of claims and answers, February 29, 2016, has expired. Complaint, Claims and/or Answers, Defenses, Counterclaims and/or Crossclaims have been submitted by the following parties:

      a.  Karen Lowe

      b.  Thurman Creech

      c.  Beverly Creech

      d.  Terico Molina

No other person or party has filed any claims or pleadings in this matter.

THEREFORE, default is hereby entered against all other parties having an interest in this matter, except those listed hereinabove.

This the 12th day of July, 2016.

_____
JULIE      RICHARDS      JOHNSTON, CLERK
UNITED      STATES      DISTRICT      COURT