IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY
File No. 7:16-cv-5-D

In the Matter of: )
)
The Skeets Winner Corporation ) ORDER
("Owner") M/V ROYAL WINNER )
PRINCESS II, Official No. 697080, )
Together with her Engines, Tackle )
and Apparel for Exoneration from )
Limitation of Liability. )

Upon consideration of Claimants Thurman and Beverly Creech's ("Claimants'") Consent Motion to Stay and Lift Injunction Restraining Claimants' Action in State Court [D.E. 52] ("the Motion") and Memorandum in Support of Consent Motion to Lift Stay and Injunction Restraining Claimants' Action in State Court [D.E. 53] filed on May 18, 2017, the Court finds that the Stipulation in Favor of Limitation Petitioner [D.E. 52-1] adequately preserves the Limitation Petitioner's rights under 46 U.S.C. § 30505 (the "Limitation Act") and that Limitation Petitioner consents to the Motion. Therefore the Motion is GRANTED.

It is hereby is ORDERED that the Order Directing Issuance of Notice and Restraining Prosecution of Claims (the "Injunction Order") [D.E. 7] is DISSOLVED, and this action is STAYED pending further orders of this Court. The issue of Ad Interim Stipulation, specifically the adequacy of the limitation fund is reserved for further orders of this court, should the matter return to this Court for further action. The Clerk of Court is DIRECTED to remove this action from the Court's "active" docket.

SO ORDERED. This 22 day of May 2017.

_____
JAMES C. DEVER III
Chief United States District Judge

1